# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

LEAGUE OF WOMEN VOTERS OF THE
UNITED STATES, *et al.,*

    Appellees,

v.

STEVEN FRID, in his capacity as the Executive
Director of the United States Election Assistance
Commission, *et al.,*

    Appellees,

Eagle Forum Education & Legal Defense Fund,

    Movant/Appellant.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 23-5058

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to FED. R. APP. P. 26.1 and Cir. Rule 26.1, Eagle Forum Education

& Legal Defense Fund ("ELELDF") is a nonprofit corporation registered under

§501(c)(3) of the Internal Revenue Code. EFELDF has no parent corporations, and

no publicly held company owns any stock in EFELDF.

Dated: April 20, 2023       Respectfully submitted,

            /s/ Lawrence J. Joseph
            Lawrence J. Joseph, D.C. Bar #464777

            1250 Connecticut Ave, NW, Ste. 700-1A
            Washington, DC 20036
            Tel: 202-355-9452
            Fax: 202-318-2254
            Email: ljoseph@larryjoseph.com

            *Counsel for Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2023, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system, which will serve the parties' counsel of record.

/s/ Lawrence J. Joseph
Lawrence J. Joseph